IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNATHAN S. METCALF**                                                                                                    **PLAINTIFF**

V.                                          NO. 4:21-cv-00435-LPR-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin.  No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the RD and the record, the Court approves and adopts the RD in its entirety.  Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE