IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNATHAN S. METCALF**                                                                                     **PLAINTIFF**

V.                              NO. 4:21-cv-00435-LPR-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 2nd day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE